**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01175-CV

**SHAUN BURGESS, Appellant**

**V.**

**CASTLE KEEPERS, INC., Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-01984-2012**

## ORDER

The Court has before it appellant's March 20, 2013 motion to amend the reporter's record. The Court **DENIES** the motion.

> /s/      ELIZABETH LANG-MIERS
> JUSTICE